UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L. TUCKER,

    Plaintiff,

v.

T. PENTRICH, et al.,

    Defendants.

                                  /

Case No. 09-13246

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [55], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [47], AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [30]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [55]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and Plaintiff's objections, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is FURTHER ORDERED that Plaintiff's motion for summary judgment [47] is DENIED, and Defendants' motion for summary judgment [30] is DENIED IN PART and GRANTED IN PART. Specifically, Defendants' motion is GRANTED as to Plaintiff's claim of retaliation in connection with the issuance of misconduct tickets, and DENIED as to Plaintiff's remaining claims of excessive force, assault and battery, and retaliation.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: September 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2013, by electronic and/or ordinary mail.

                                           S/Johnetta M. Curry-Williams
                                           Case Manager
                                           Acting in the Absence of Carol A. Hemeyer